■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUTH LESSER, Appellant.— Appeal from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violations of the Multiple Dwelling Law, in that her one-family dwelling is occupied as a multiple dwelling. Judgment unanimously

affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.